

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00209-CR

**TODD ORLANDO MIDDLETON,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 77th District Court
Limestone County, Texas
Trial Court No. 14554-A**

## MEMORANDUM OPINION

Appellant Todd Orlando Middleton has filed a motion to dismiss this appeal. Tᴇx. R. Aᴘᴘ. P. 42.2(a). We have not issued a decision in this appeal. Middleton and his counsel have signed the motion. This appeal is therefore reinstated, the motion to dismiss is granted, and this appeal is dismissed.

MATT JOHNSON
Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Dismissed
Opinion delivered and filed April 13, 2022
Do not publish
[CR25]

